Opinion issued August
11, 2011.










 

 

 

 

 









 








 

   

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-09-01041-CV

____________

 

RANDAL A. HENDRICKS, Appellant

 

V.

 

HARRIS COUNTY FRESH WATER SUPPLY DISTRICT NO. 61,
Appellee

 

 

 



On Appeal from the 269th District Court 

Harris County, Texas

Trial Court Cause No. 2009–28545

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed October 30, 2009.  On July 15, 2011, the parties filed a joint
motion to dismiss the appeal. See Tex. R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We dismiss any other pending motions as moot.
 The Clerk is directed to issue mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P.
18.1.

                                                PER CURIAM

 

Panel consists of Chief
Justice Radack and Justices Brown and Huddle.